■ MARK VAN VALKENBURGH, Plaintiff, v FREDERICK G. KOEHLER et al., Defendants. JOHN L. RENZO, as Father and Natural Guardian of PAUL RENZO, an Infant, Respondent, v FREDERICK G. KOEHLER et al., Appellants, et al., Defendants. JOHN L. RENZO, Individually and as Administrator of the Estate of ELEANOR V. RENZO, Deceased, Respondent, v FREDER-

ick G. Koehler et al., Appellants, et al., Defendants. John L. Renzo, as Father and Natural Guardian of Paul Renzo, an Infant, Respondent, v Tops Friendly Markets, Inc., Appellant. John L. Renzo, Individually and as Administrator of the Estate of Eleanor V. Renzo, Deceased, Respondent, v Tops Friendly Markets, Inc., Appellant. (Appeal No. 4.)—Judgment unanimously reversed on the law without costs and new trial granted. Same memorandum as in *Van Valkenburgh v Koehler* ([appeal No. 2] 164 AD2d 971 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Fudeman, J.—negligence and Dram Shop Act violation.) Present—Denman, J. P., Boomer, Pine, Balio and Lowery, JJ.